

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

December 15, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Ronald Greenland*, 17 Cr. 65 (KMK)
               *Ronald Greenland v. United States*, 20 Civ. 8303 (KMK)

Dear Judge Karas:

      The Government writes respectfully to request a three-week extension of the deadline to answer movant Ronald Greenland's motion brought under 28 U.S.C. § 2255. The extension is sought to allow the Government additional time to research and evaluate movant's claims. If this first request for an extension is granted, the Government will file its answer on or before January 19, 2021.

      Respectfully submitted,

Granted.

The Government is to mail a copy of this memo endorsement to Mr. Greenland and cerfity that this was done in a filing by 12/21/20.

So Ordered.

*[signature]*

12/15/20

By:    /s/ Olga Zverovich
       Olga I. Zverovich
       Assistant United States Attorney
       (212) 637-2514

AUDREY STRAUSS
Acting United States Attorney

cc (by mail):

Ronald C. Greenland, 18-A-0969
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149