Case 7:17-cr-00065-KMK Document 42 Filed 04/02/21 Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

MEMO ENDORSED

April 1, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Ronald Greenland*, 17 Cr. 65 (KMK)
*Ronald Greenland v. United States*, 20 Civ. 8303 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter in response to the Court's order regarding petitioner Ronald Greenland's supplemental filing pursuant to 28 U.S.C. § 2255. (Dkt. No. 13, 20 Civ. 8303). The Court's order directs the Government to address any new grounds for relief contained in Greenland's new filing. The Government respectfully requests 30 days to evaluate Greenland's supplemental brief and file a response as appropriate. If this request is granted, the Government will file any supplemental response on or before May 3, 2021.

Granted.

So Ordered.

4/1/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/ Olga Zverovich
Olga I. Zverovich
Assistant United States Attorney
(212) 637-2514

cc (by mail):

Ronald C. Greenland, 18-A-0969
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149