

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 29, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Ronald Greenland*, 17 Cr. 65 (KMK)
               *Ronald Greenland v. United States*, 20 Civ. 8303 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter to request a 14-day extension of time to respond to petitioner Ronald Greenland's supplemental filing pursuant to 28 U.S.C. § 2255. (Dkt. No. 13, 20 Civ. 8303). If this request is granted, the Government will file any supplemental response on or before May 17, 2021.

                            Respectfully submitted,

                            AUDREY STRAUSS
                            United States Attorney

          By:    /s/ Olga Zverovich
                  Olga I. Zverovich
                  Assistant United States Attorney
                  (212) 637-2514

cc (by mail):

Ronald C. Greenland, 18-A-0969
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149